John B. Sganga, Jr. (Bar No. 116211)
john.sganga@kmob.com
Irfan A. Lateef (Bar No. 204004)
irfan.lateef@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Suite 1400
Irvine, CA 92614
Telephone:  949-760-0404
Facsimile:  949-760-9502

John W. Holcomb (Bar No. 172121)
john.holcomb@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3403 Tenth Street, Suite 700
Riverside, CA  92501
Telephone:  951-781-9231
Facsimile:  949-760-9502

Timothy J. Goodson (Bar No. 244649)
timothy.goodson@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:  415-954-4114
Facsimile:  415-954-4111

Attorneys for TOSHIBA AMERICA
INFORMATION SYSTEMS, INC., Defendant
in Related Case No. CV 10-4203 MMC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BIERMAN,<br><br>       Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS<br>   MACHINES CORPORATION;<br>   and<br>DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. CV 4:10-CV-04199 PJH<br><br>**ADMINISTRATIVE MOTION OF TOSHIBA AMERICA INFORMATION SYSTEMS, INC. TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Civil L.R. 3-12, TOSHIBA AMERICA INFORMATION SYSTEMS, INC. ("TAIS") respectfully requests that the Court consider whether the following case should be related to the above-captioned matter: *Bierman v. Toshiba Corporation* et al., Case No. CV 10-4203 MMC, pending in the United States District Court for the Northern District of California, which case was removed to this Court on September 17, 2010 (the "Toshiba Case"). On November 12, 2010, the Court issued an Order Dismissing Complaint in Part and Remanding Action in the Toshiba Case.  However, on November 19, 2010, TAIS filed a Motion in the Toshiba Case to Alter or Amend Judgment Pursuant to Fed. R. Civ. P. 59(e), through which motion TAIS seeks the restoration of the Toshiba Case to the jurisdiction of this Court.

The Toshiba Case should be considered related to the instant case because the cases are based on the same set of alleged facts and involve the same claims and defenses.

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated:  November 19, 2010     By: */s/ John W. Holcomb*
           John B. Sganga, Jr.
           John W. Holcomb
           Irfan A. Lateef
           Timothy J. Goodson
           Attorneys for TOSHIBA AMERICA INFORMATION SYSTEMS, INC., Defendant in Related Case No. CV 10-4203 MMC

10022568_1
111910

-1-