UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE BIERMAN,

    Plaintiff,

    v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Defendant.
_____/

No. C 10-4199 PJH

**ORDER DENYING MOTION TO RELATE CASES**

On November 19, 2010, defendant International Business Machines Corporation filed an administrative motion to relate the above entitled-action to <u>Bierman v. Toshiba Corporation</u>, case No. C-10-4203 MMC, which was removed to this court from the Marin County Superior Court on September 17, 2010, and was remanded on November 12, 2010. Defendant has also filed a motion to amend the judgment in C-10-4203 MMC, arguing that the case should not have been remanded.

Once a case has been remanded, it is no longer within the jurisdiction of this court. This court can consider whether cases are related only when both within the jurisdiction of this court. <u>See</u> Civil L.R. 3-12(b). Accordingly, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: November 23, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge