JEFF G. RANDALL (SB# 130811)
jeffreyrandall@paulhastings.com
THOMAS VIGDAL (SB# 252814)
thomasvigdal@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BIERMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. 4:10-CV-04199 PJH<br><br>**DECLARATION OF FRANK BARRESE IN SUPPORT DEFENDANT INTERNATIONAL BUSINESS MACHINES BRIEF IN SUPPORT OF ESTABLISHING THE AMOUNT IN CONTROVERSY FOR REMOVAL PURPOSES**<br><br>Judge: The Honorable Phyllis J. Hamilton |

I, Frank Barrese, declare as follows:

1. I am over the age of eighteen years, and I make this declaration based upon my personal knowledge.

2. I am employed at International Business Machines Corporation ("IBM") as a senior legal specialist in the IBM Corporate Litigation Department located in North Castle, New York.

3. In late 2004, IBM entered an agreement to sell its Personal Computing Division to Lenovo. Therefore, specific financial information on related revenues to, or a rate of return for,

or a return on investment on, IBM's version of the "suspend/resume" function that Plaintiff Bruce Bierman alleges to have created and for which he alleges trade secret protection is believed to have been transferred in that divestiture.

4. As a method of attempting to ascertain the revenue related to this function, however, I reviewed the maintenance records and the product announcements relating to IBM's version of the "suspend/resume" function. Based on my review of those records, that revenue for the time period at issue exceeds 10 times the jurisdictional requirement of more than $75,000.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 14, 2010.

_____
Frank Barrese

DECL. OF FRANK BARRESE FOR
IBM'S SUPPORT OF JURISDICTION