UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRUCE BIERMAN

        Plaintiff(s),

v.

INT'L BUSINESS MACHINES CORP.,
AND DOES 1 through 1000, inclusive

        Defendant(s).

CASE NO. 4:10-CV-04199-PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

 have not yet reached an agreement to an ADR process

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: January 6, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Jeff Randall | International Business Machines Corp. | 650-320-1850 | jeffreyrandall@paulhastings.com |
| Thomas Vigdal | International Business Machines Corp. | 650-320-1851 | thomasvigdal@paulhastings.com |
| Richard L. Kellner | Bruce Bierman | 213-217-5000 | rlk@kbklawyers.com |
| Alfredo Torrijos | Bruce Bierman | 213-217-5000 | at@kbklawyers.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12-16-2010

                                                  Attorney for Plaintiff

Dated: 12/16/2010

                                                  Attorney for ~~Defendant~~ Plaintiff

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."