UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE BIERMAN,

    Plaintiff(s),

    v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION, et al.,

    Defendant(s).

_____/

No. C 10-4199 PJH

**ORDER**

    Before the court is the February 14, 201, letter from defense counsel seeking clarification of the court's case management order regarding plaintiff's identification of the trade secrets he accuses defendants of misappropriating. The court construes the letter as a request for administrative relief pursuant to Civ. L.R. 7-11. More than four days have passed and no opposition or response of any kind has been filed by plaintiff.

    The court clarifies the order as follows: At the case management conference, the court anticipated that the identification of the trade secrets that will be the subject of the May 2011 motion for summary judgment would be comprised of at least those items listed in numbers one and three of defendant's letter brief. The court did not specifically address an identification by line number in defendants' patents, and did not specifically intend to order that manner of identification. That said, however, the identification listed as number two would be the proper subject of a formal discovery request and responses would probably be needed by both parties during the summary judgment proceedings.

**IT IS SO ORDERED.**

Dated: February 23, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge