JEFF G. RANDALL (SB# 130811)
jeffreyrandall@paulhastings.com
THOMAS VIGDAL (SB# 252814)
thomasvigdal@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA  94304-1106
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE BIERMAN,<br><br>           Plaintiff,<br><br>      v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES 1 through 100, inclusive,<br><br>           Defendant. | CASE NO. 4:10-CV-04199 PJH<br><br>**[PROPOSED] ORDER CONTINUING THE SUMMARY JUDGMENT HEARING DATE ON IBM'S THREE AFFIRMATIVE DEFENSES OF STANDING, JUDICIAL ESTOPPEL, AND STATUTES OF LIMITATION TO AUGUST 10, 2011**<br><br>Courtroom:  3<br>Judge: The Honorable Phyllis J. Hamilton |

1  Defendant International Business Machines Corporation's ("IBM") filed a letter pursuant
2  to Civ. L.R. 7-11 and Dkt. No. 39 (Court's Case Management and Pretrial Order) at paragraph E,
3  seeking to modify the current case schedule by continuing the summary judgment hearing date on
4  the issues of standing, judicial estoppel, and the statute of limitations, from May 18, 2011 to
5  August 10, 2011.  IBM's letter also sought the Court to set a case management conference after
6  the August 10, 2011 summary judgment hearing in order that the parties may reset the remainder
7  of the calendar.  Lastly, IBM asked the Court to change the parties' private mediation deadline
8  from August 30, 2011 to December 9, 2011.

9  The Court, having considered the papers on the motion and the law orders:

10  1. The Court, on January 20, ordered Bierman to provide:  (1) a listing of Bierman's
11  alleged trade secrets, with specificity; and (2) an identification, by Bates number with the specific
12  language identified, of the alleged trade secrets disclosed or embodied in Bierman's initial
13  disclosure documents, including any software code.  After Bierman failed to comply with the
14  January 20 Order, the Court reiterated its directives on February 23.  (Dkt. No. 41.)

15  2.  IBM also sought the same and other information in discovery requests it served on
16  Bierman on February 2.

17  3. Bierman has failed to obey the Court's January 20 discovery order, even after the
18  Court's February 23 reiteration of that order, to provide a trade secret list, with specificity, and to
19  identify his alleged trade secrets disclosed or embodied in his initial disclosure documents,
20  including any software code.  Bierman has gone so far as to disregard his own agreements with
21  IBM that set a schedule for his disclosure of some of the Court ordered information.  (*See*
22  *generally* Dkt. No. 44 IBM's Motion to Compel Bierman to Comply with the Court's January 20,
23  2011 Discovery Order and Respond to Interrogatory Nos. 1, 2, 3, & 6.)

24  4.  IBM has shown good faith by attempting to resolve this dispute without Court
25  intervention.  (*See* Dkt. No. 44 pp. 3-8.)

26  Based on the foregoing, the Court GRANTS continuing the summary judgment hearing
27  date on the issues of standing, judicial estoppel, and the statute of limitations, to August 10, 2011.
28  As this change in schedule affects the rest of the case schedule, the Court will set a case

1  management conference after the August 10, 2011 summary judgment motion is heard, in order
2  that the remainder of the calendar can be set.  The Court also modifies the parties' private
3  mediation deadline from August 30, 2011 to December 9, 2011.

4

5  IT IS SO ORDERED.

6

7

8  DATED: __March 31____, 2011

9

10                                             _____
                                               Phyllis J. Hamilton
11                                             United States District Judge

