UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRUCE BIERMAN, | No: C 10-4199 PJH (JSC) |
| Plaintiff, | |
| v. | ORDER RE DEFENDANTS' MOTION TO COMPEL (Dkt No. 44) |
| INTERNATIONAL BUSINESS MACHINES CORP. et al., | |
| Defendants. | |

Now pending before the Court is Defendants' Motion to Compel Plaintiff to Comply with the District Court's January 20, 2011 Order and to Provide Further Responses to Interrogatory Responses. After carefully considering the papers filed by the parties, and the district court's previous orders, and after having had the benefit of oral argument on June 2, 2011, the Court GRANTS Defendants' motion as set forth below.

On or before June 12, 2011, Plaintiff shall produce to Defendants those portions of his source code which he contends embody his trade secrets/confidential information, and he

1   shall highlight those particular portions and describe, with as much specificity as possible,
2   the claimed trade secrets and confidential information.  Plaintiff shall also identify by line
3   number those parts of Defendants' patents that Plaintiff contends embody his trade
4   secrets/confidential information and describe those claimed trade secrets. To the extent
5   there are any additional trade secrets claimed by Plaintiff, he must also describe them
6   with specificity.  The descriptions he provided in response to Interrogatory Number 1 are
7   insufficient.
8       On or before June 12, 2011, Plaintiff shall provide Defendants with supplemental
9   responses to Interrogatory Numbers 1(a), (e), (f), (h), (i), (j), 2, 3 and 6 as discussed at
10  oral argument.

12  **IT IS SO ORDERED.**

14  DATED: June 2, 2011
15                                    _____
                                      JACQUELINE SCOTT CORLEY
16                                    UNITED STATES MAGISTRATE JUDGE

ORDER RE
DEFENDANTS' MOTION TO COMPEL
C 10-4199 PJH (JSC)                    2