| | |
|---|---|
| 1 | JEFF G. RANDALL (SB# 130811) |
| | jeffreyrandall@paulhastings.com |
| 2 | THOMAS VIGDAL (SB# 252814) |
| | thomasvigdal@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 1117 S. California Avenue |
| 4 | Palo Alto, CA  94304-1106 |
| | Telephone:  (650) 320-1800 |
| 5 | Facsimile:  (650) 320-1900 |

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE BIERMAN, | CASE NO. 4:10-CV-04199 PJH (JSC) |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING THE SUMMARY JUDGMENT HEARING DATE ON IBM'S THREE AFFIRMATIVE DEFENSES OF STANDING, JUDICIAL ESTOPPEL, AND STATUTES OF LIMITATION TO OCTOBER 12, 2011** |
| v. | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION; and DOES 1 through 100, inclusive, | |
| Defendant. | Courtroom:  3 |
| | Judge: The Honorable Phyllis J. Hamilton |

Defendant International Business Machines Corporation's ("IBM") filed a letter pursuant to Civ. L.R. 7-11 and Dkt. No. 39 (Court's Case Management and Pretrial Order) at paragraph E, seeking to modify the current case schedule by continuing the summary judgment hearing date on the issues of standing, judicial estoppel, and the statute of limitations, from August 10, 2011 to October 12, 2011.

The Court, having considered the papers on the motion and the law orders:

1. On June 2, the Court granted IBM's motion to compel Bierman to comply with the Court's January 20 Order and to provide responses to its Interrogatory Nos. 1(a), (e), (f), (h), (i), (j), 2, 3 and 6. (Dkt. No. 60.) The Court ordered Bierman to produce this information by June 12, 2011. (*Id.*) In light of this ruling, and the need for IBM to have time to investigate the compelled production and responses, the Court will continue the summary judgment hearing date on the issues of standing, judicial estoppel, and the statute of limitations, from August 10, 2011 to October 12, 2011.

2. A continuance is necessary because Bierman, for months, failed to comply with the Court's January 20 order and failed to provide adequate responses to IBM's Interrogatories. The circumstances and description of Bierman's discovery failings, and why they are needed, are explained in IBM's motion to compel (Dkt. No. 44), which the Court granted on June 2. Bierman has also delayed in providing information he agreed was relevant to IBM's case and that he agreed to provide. (*See e.g.*, *id*. p. 12 n.2.) Bierman's withholding of relevant information has made it impossible for IBM to have a full and fair opportunity to investigate Bierman's claims, depose him, or to take additional relevant third-party discovery. The requested continuance puts the parties back in the position they were in at the time of the January 20 case management conference.

3. IBM has shown good faith by attempting to resolve this dispute without Court intervention.

Based on the foregoing, the Court GRANTS continuing the summary judgment hearing date on the issues of standing, judicial estoppel, and the statute of limitations, to October 12, 2011.

1  IT IS SO ORDERED.

2

3

4  DATED: __June 14__, 2011

5

6  _____
   The Honorable Phyllis J. Hamilton
7  United States District Judge

   [Signature stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton]