UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUCE BIERMAN,

    Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Defendant.
_____/

No. C 10-4199 PJH

**ORDER**

At the January 20, 2011, initial case management conference for this case, the court set a May 18, 2011 date for what was supposed to be an "early" motion for summary judgment on three affirmative defenses asserted by defendant International Business Machines Corporation ("IBM"). At IBM's request, the court twice continued the hearing date – once to August 10, 2011, and again to October 12, 2011.

Plaintiff Bruce Bierman ("Bierman") now requests a further continuance, to December 14, 2011, on the ground that he is in the process of attempting to locate new counsel. IBM does not oppose the request, but wants the court to also impose a deadline for Bierman to obtain new counsel, and a deadline for Bierman to make himself available for deposition.

The request to continue the hearing date on the as-yet unfiled motion for summary judgment is GRANTED. No further requests for a continuance will be considered. The court declines to impose a deadline on Bierman to locate new counsel, given that he is presently represented, and there is no motion to withdraw pending.

However, the court will require Bierman to make himself available for deposition, no later than October 19, 2011.  Whether Bierman is represented by old counsel, is represented by new counsel, or appears pro se, he must appear for his deposition by this deadline, and the deposition must be completed by October 21, 2011.

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge